# RAWLE & HENDERSON LLP



|  |  |  |
|---|---|---|
| MICHELLE GETER<br>212-323-7070<br>mgeter@rawle.com | The Nation's Oldest Law Office • Established in 1783<br>www.rawle.com | 14 WALL STREET<br>27TH FLOOR<br>NEW YORK, NY 10005<br><br>TELEPHONE:(212) 323-7070<br>FACSIMILE:(212) 323-7099 |

August 25, 2016

**VIA ECF**

Hon. P. Kevin Castel
United States District Judge
United States District Court, S.D.N.Y.
United States Courthouse
500 Pearl Street
New York, New York 10007

Re: **Robinson v. Ross and J.B. Hunt Transportation, Inc., 16-cv-3820**

Dear Your Honor:

We represent the interests of J.B. Hunt Transport, Inc. s/h/a JB Hunt Transportation Inc. and Douglas Ross in the above-referenced matter. An Initial Conference is scheduled for August 31, 2016 at 4:00 PM.

This matter arises out of a motor vehicle accident that occurred on the Cross Bronx Expressway near the intersection of Randall Avenue on August 27, 2015 between plaintiff and a J.B. Hunt tractor-trailer being operated by Mr. Ross. It is our position that liability is questionable, as Mr. Ross states that Quintaisha Robinson veered into his lane striking the passenger side of the tractor-trailer.

Despite repeated attempts (in writing and via telephone), plaintiff's office has been unresponsive to our attempts to establish a discovery schedule and discuss the prospect for settlement. We kindly request a teleconference with the Court prior to the Initial Conference to discuss the same.

Very truly yours,

RAWLE & HENDERSON LLP

By: *LaWanda Michelle Geter*

LaWanda Michelle Geter

MG:lmh

9622181-1

PHILADELPHIA, PA    PITTSBURGH, PA    HARRISBURG, PA    MARLTON, NJ    NEW YORK, NY    LONG ISLAND, NY    WILMINGTON, DE    WHEELING, WV