

150 Broadway · New York · New York 10038
TEL. (212) 285-3800 · www.subinlaw.com

May 9, 2017

Honorable P. Kevin Castel
United States Southern District Court
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:
Case Name:   *Quintaisha Robinson v. Ross et. al.*
Case Number: 1:16-cv-03820-PKC
Our File No.:  22876

Your Honor:

      Our office represents the plaintiff Quintaisha Robinson in the above captioned action.

      I am currently listed as one of the attorneys of record for Plaintiff Quintaisha Robinson (hereinafter "plaintiff"). I make this letter motion pursuant to Local Rule 1.4 for an Order permitting me to withdraw as an attorney of record because I will no longer be employed by Subin Associates, LLP effective May 24, 2017. I will not be asserting a lien in this case.
      Since Subin Associates, LLP will continue to represent plaintiff, it is requested that the requirement for plaintiff to be served with the instant application be excused. The above action is in the discovery phase and no party will be prejudiced due to the requested withdrawal. Therefore, it is respectfully requested that I be withdrawn as an attorney of record for the subject action.

                                            Respectfully Submitted,

                                                  /S/
                                            Sagar Chadha

CC: VIA ECF ONLY

Derek E. Barrett, Esq.
Rawle & Henderson, LLP
14 Wall Street, 27th FL.
New York, NY 10005
Tel: (212) 323-7070
Fax: (212) 323-7099